IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. HERRING,

    Petitioner,

v.

WILLIAMS, Warden,
Oxford FCI,

    Respondent.

ORDER

Case No. 16-cv-364-jdp

Petitioner Derrick L. Herring seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than July 5, 2016. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately November 25, 2015 through the date of the petition, May 25, 2016.

ORDER

IT IS ORDERED that:

1. Petitioner Derrick L. Herring may have until July 5, 2016, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before July 5, 2016, I will assume that petitioner wishes to withdraw this action voluntarily.

Entered this 6th day of June, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge