IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK HERRING,

    Petitioner,

v.

WILLIAMS,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No.  16-cv-364-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Derrick Herring's petition for a writ of habeas corpus and dismissing this case.

| /s/ | 8/9/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |