IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEERICK HERRING,
    Petitioner,

Case No. 16-cv-364-jdp

v.

PETITION FOR RECONSIDERATION OR
NOTICE OF APPEAL

LOUIS WILLIAMS,
    Respondent.

    Derrick Herring seeks 'Reconsideration' of the Court's August 9, 2016 denial of his §2241 petition, or consider this as a 'notice of appeal' to that decision based on:

1) The petition 'never' made reference what the court based its decision on, i.e., that Herring claim "federal courts do not have the authority to convict individuals of drug offenses"; Herring's claim is to the construction of the statutes invasion of the Tenth Amendment Sovereign Territorial Jurisdiction that allow federal prosecution, and adjudication of offenses that were allegedly 'committed wholly within the sovereign jurisdiction of a single State'. That this court's decision without directly saying it, does not recognize or honor that 'Bill of Right', gives grounds for reconsideration for a more definite statement to the true issues presented.

2) Herring proclaimed by the Second Amendment 'Bill of Right' that, 18 U.S.C. §922(g)(1)'s construction violates the guaranteed

right of the people to possess a firearm for self-defense, when a person is not under a direct penal imprisonment obligation. And that, Congress does not have the Constitution authority to make a law that can take that right away, the Executive Branch cannot enforce a law beyond Congress[es] power to make, and the courts cannot adjudicate upon an unconstitutional enactment that the Constitution declares they are to pronounce null and void. This Court's decision that belittles case law of constitutional standing because of its age, seems to insinuate the Constitution which is older, no longer has the force of the 'Bill of Rights' being honored, or basically they are antiquated, and the Constitution is no longer the highest law of the land.

Herring included some Constitutional Questions to the effect of the above claims, and sought this court's certification of those questions to the Supreme Court should it not be able to address the issues constitutional basis, and, from the court's decision and lack of addressing the issues on that basis, I still seek this Court will certify the questions to the Supreme Court.

Dated: August 17, 2016

Respectfully submitted,

*Derrick Herring*
DERRICK L. HERRING
#50017-039
Pro se
OXFORD FCI
P.O. Box 1000
Oxford, WI 53952

2