UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DERRICK HERRING, | Appeal No. _____ |
| Petitioner, | District Court Case No. 16-cv-364-jdp |
| v. | |
| LOUIS WILLIAMS, II, Warden, | **NOTICE OF APPEAL** |
| Respondent. | |

I, Derrick Herring, hereby tender a notice of appeal to the district court's ORDER of August 9, 2016; and its September 9, 2016 ORDER for reconsideration.

Dated: September 21, 2016

Respectfully submitted,

*Derrick Herring*
DERRICK HERRING
#50017-039

Pro se

OXFORD FCI

P.O. Box 1000

Oxford, WI 53952

2016 SEP 26 AM 10: 45
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DOC NO
REC'D/FILED